**IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON
NO. 01-15-00557-CR**

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
DEC -1 2015
CHRISTOPHER A. PRINE
CLERK

**LAWSON ECHETA**
Appellant,

On Appeal From the
County Court at Law No. 9
of Harris County
Trial Cause No 2017953

V.

**THE STATE OF TEXAS**
Appellee

## MOTION FOR PRO SE ACCESS TO APPELLATE RECORD

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, LAWSON ECHETA Appellant in the above cause, would respectfully request the Court to grant a motion granting him access to the appellate record. In support of said motion, counsel would show unto the Court the following:

I.

This appeal lies from Appellant's conviction in *The State of Texas v. Lawson Echeta* Cause Number 2017953 in the County Court of Law No. 9 of Harris County. Appellant was found guilty of resisting arrest and sentenced to seventy (70) days in the Harris County Jail. Notice of Appeal was timely filed. On October 17, 2015, counsel filed an *Anders* brief.

## II.

Appellant wishes to respond to the *Anders* brief and needs access to the appellate record so that he may review the record and respond accordingly.

WHEREFORE, Appellant prays that this Honorable Court grants him access to the appellate record.

Respectfully submitted,

_____ (signature)

Lawson Echeta (name)

1117 Texas Avenue (address)

Houston, TX 77002 (city, state)

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing instrument was this day served on counsel for the State by mailing same to the following parties on this the _01_ day of _December 2015_ :

Harris County District Attorney's Office
Appellate Division
1201 Franklin, Suite 600
Houston, Texas 77002

_____ (signature)